IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | Case No. 4:05CV3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby ordered that Filing 44, the withdrawal of the appearance by Defendants' attorney Stephanie A. Zeeb, #22994 is approved and the entry of appearance by David M. Handley, #22418, on behalf of defendants is recognized and approved.

Dated this 1ST day of March 2006.

BY THE COURT:

S/F.A. Gossett
United States Magistrate Judge