IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PABLO CABRERA, )<br> )<br>        Plaintiff, )<br> )<br>vs. )<br> )<br>HAROLD CLARKE, et al., )<br> )<br>        Defendants. )<br> ) | 4:05CV3121<br><br>ORDER |

    This matter is before the court on filing no. 38, the motion for leave to withdraw counsel, filed by the defendants.  Filing no. 38 also seeks leave to substitute Stephanie A. Zeeb for Timothy P. Sullivan as counsel on record for the defendants.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#38) is granted.  The Clerk shall send Timothy P. Sullivan a copy of this order, and then remove him from the distribution list for this case.  Stephanie A. Zeeb will now be the counsel on record for the above named defendants in this case.

    DATED this 17th day of March, 2006.

                              BY THE COURT:

                              s/F.A. GOSSETT
                              United States Magistrate Judge