IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | Case No. 4:05cv3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, FRED BRITTEN, | ) | |
| DR. JANSSEN WILLIAMS, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 56, the defendants' Motion to Depose a Person Confined in Prison. The defendants seek to depose the plaintiff, Pablo Cabrera, who is a prisoner in the Tecumseh State Correctional Institution . Pursuant to Fed. R. Civ. P. 30(a)(2), the defendants' Motion to Depose a Person Confined in Prison is granted, and the deposition proposed for February 23, 2007, may proceed.

IT IS ORDERED:

The Motion to Depose a Person Confined in Prison (#56) is granted.

DATED this 9th day of February, 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge

L0729273.1