IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PABLO CABRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CV3121 |
| vs. ) | |
| ) | ORDER |
| HAROLD CLARKE, et al., ) | |
| ) | |
| Defendants. ) | |

This case is before the court concerning the Plaintiff's Objection to Deposition Without Counsel (#60). The deposition is scheduled for February 23, 2007. In light of this motion and the plaintiff's Motion to Compel Discovery and to Stay Proceedings (#59),

**IT IS ORDERED:**

1. All discovery in this matter is stayed pending the court's ruling on the parties' pending motions; and

2. The deposition scheduled for February 23, 2007 shall be continued until further order of the court.

Dated this 22nd day of February 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge