IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PABLO CABRERA,                          )
                                        )
            Plaintiff,                  )              4:05CV3121
                                        )
        v.                              )
                                        )
DR. JANSSEN WILLIAMS and                )              ORDER
CORRECTIONAL MEDICAL                    )
SERVICES,                               )
                                        )
            Defendants.                 )
                                        )

        IT IS ORDERED:

        Plaintiff's motion for reconsideration, filing 71, is denied

as moot.  Plaintiff is now represented by counsel and all further

pleadings shall be filed through counsel.


        DATED this 14th day of December, 2007.


                            BY THE COURT:

                            s/ David L. Piester
                            David L. Piester
                            United States Magistrate Judge