```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PABLO CABRERA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3121 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. JANSSEN WILLIAMS and | ) | ORDER |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' unopposed motion to extend deadlines, filing 83, is granted as follows:

1. **Dispositive motions** shall be filed on or before **February 25, 2008.**

2. **Final Pretrial Conference and Order**:

   a. The final pretrial order, prepared and signed by counsel in accordance with the local rules-- with the exception that designations of discovery expected to be used at trial, otherwise required by the court's form order on final pretrial conference, need not be set out in the pretrial order--shall be submitted to the undersigned magistrate judge on or before **May 8, 2008.**

   b. The final pretrial conference with counsel shall be held before the undersigned by telephone conference call, **May 13, 2008 at 9:00 a.m.** Plaintiff's counsel shall place the call.

3. **Jury trial** is tentatively set to commence at **9:00 a.m. on June 9, 2008** for a duration of three trial days before the Honorable Richard G. Kopf, United States District Judge. Jury selection will be held at commencement of trial. This trial setting is subject to the prior disposition or continuance of other cases set for trial that week before Judge Kopf; the exact order of such cases being called for trial will be discussed with counsel at the final pretrial conference.

DATED this 21st day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge