IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | Case No. 4:05cv3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. JANSSEN WILLIAMS and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Filing 88, the defendants' Motion to Depose a Person Confined in Prison. The defendants seek to depose the plaintiff, Pablo Cabrera, who is a prisoner in the Tecumseh State Correctional Institution. Counsel for both parties have agreed upon the suggested date and time for the deposition. Accordingly, pursuant to Fed. R. Civ. P. 30(a)(2), the defendants' Motion to Depose a Person Confined in Prison is granted, and the deposition proposed for Thursday, March 13, 2008, at 10:30 a.m., may proceed.

SO ORDERED.

March 12, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge