IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3121 |
| | ) | |
| V. | ) | |
| | ) | |
| JANSSEN WILLIAMS, M.D., and | ) | MEMORANDUM AND ORDER |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

The defendants have moved to continue the plaintiff's deposition previously scheduled for March 13, 2008, and for an order permitting them to depose the plaintiff, a prisoner in the Tecumseh State Correctional Institution, on Tuesday, March 25, 2008 at 1:00 p.m. (Filing No. 90). Pursuant to the court's prior order, (filing no. 88), the plaintiff's deposition began on March 13, 2008, but was discontinued by mutual agreement of the parties due to concerns that the questions asked in English, and the answers provided in Spanish, were not being precisely and accurately translated by the interpreter. The problem was promptly identified, and the parties agreed to continue the deposition. (Filing No. 90, Ex. A).

THEREFORE, IT IS ORDERED:

1) The defendants' motion to continue the plaintiff's deposition, and for an order authorizing the defendants to depose the plaintiff while confined in prison, (filing no. 90), is granted.

2) The plaintiff shall be deposed at the Tecumseh State Correctional Institution on Tuesday, March 25, 2008 beginning at 1:00 p.m. Counsel for all the parties shall be permitted to depose the plaintiff at this date

and time, and at the location within the Tecumseh State Correctional Institution designated by that institution.

DATED this 19th day of March, 2008.

> BY THE COURT:
>
> *S/Richard G. Kopf*
> United States District Judge