```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

PABLO CABRERA,                  )
                                )
            Plaintiff,          )           4:05CV3121
                                )
        v.                      )
                                )
DR. JANSSEN WILLIAMS and        )             ORDER
CORRECTIONAL MEDICAL            )
SERVICES,                       )
                                )
            Defendants.         )
                                )

Plaintiff's counsel have filed a motion seeking appointment for the representation of the plaintiff. Plaintiff, an incarcerated person, has been granted leave to proceed *in forma pauperis*. The motion states that the plaintiff is indigent and that counsel have represented him *pro bono* even though his family has attempted unsuccessfully to muster the resources to pay them. This case appears to be more complicated than previously indicated by the plaintiff's *pro se* pleadings, and plaintiff is not fluent in English. Under the circumstances, it is appropriate to appoint counsel.

IT THEREFORE HEREBY IS ORDERED,

The motion for appointment of counsel, filing 92, is granted, and

1. In accordance with the inherent authority of the court, the local rules of the court, and the Amended Plan for Administration of the Federal Practice Fund ("Plan"), Stefanie A. Martinez and James R. Walz are appointed to represent the plaintiff in this matter.

2. Counsel shall be paid jointly the amount of $2,000.00 in accordance with the provisions of Section III. A. of the Plan. No further payment of attorneys fees shall be authorized except as may be made by special order of the court or as awarded pursuant to 42 U.S.C. 1988.

     3.  Counsel are authorized to incur expenses in accordance with the limitations and requirements of the Plan and of the Guidelines for Appointed Counsel for Litigants Proceeding In Forma Pauperis As To Reimbursable Attorney Expenses From the Federal Practice Fund.

     DATED this 29th day of May, 2008.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge