IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3121 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. JANSSEN WILLIAMS and | ) | ORDER |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is plaintiff's Motion for Payment from Federal Practice Fund for Appointed Counsel (Filing No. 112). Judgment (Filing No. 111) has been entered in this matter the case has been closed. Plaintiff's counsel Stefanie A. Martinez and James R. Walz seek reimbursement from the Federal Practice Fund for attorney fees incurred in the amount of $4,791.25 and expenses in the amount of $207.90. After considering the matter, the court will grant the motion in part as follows:

IT IS ORDERED:

1. That the Clerk of Court shall pay the sum of $2,207.90 ($2,000.00 in attorneys fees and $207.90 in expenses), jointly to Stefanie A. Martinez and James R. Walz, in full payment of attorney fees and expenses in this case, pursuant to court order (Filing No. 97) and the provisions of the Federal Practice Fund.

2. The Clerk of Court is directed to provide a copy of this memorandum and order to Pat Williamson of the Clerk's office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 14th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge